**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-4001-SNOW

UNITED STATES OF AMERICA

    Plaintiff,

v.

FRANTZ LAVACHE

    Defendant.

_____/

**ORDER ON INITIAL APPEARANCE**
Language  English
Tape No.  00- CCI
AUSA  David Cora
Agent  FBI

FILED by _____ D.C.
JAN - 4 2000
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. FT.L.

The above-named defendant having been arrested on JANUARY 3, 2000, having appeared before the court for initial appearance on JANUARY 4, 2000 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
2. _____Scott Saker_____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _____
on _____.
4. Arraignment/Preliminary/Removal/Identity hearing is set for Jan 14 at 11 before Judge Snow.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ___
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for Jan. 7 at 10 before Judge Snow
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____
This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:_____times a week /month by phone, _____time a week/month in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.



___j. Comply with the following additional special conditions of this bond:_____
_____

    This bond was set: At Arrest ___X_____
                          On Warrant _____
                          After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at Ft. Lauderdale, Florida this 4TH day of JANUARY, 2000.

                                                                                    _____
                                                                                    **CHIEF U. S. MAGISTRATE JUDGE**
                                                                                    **LURANA S. SNOW**

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation

COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOSEPH SAMUELS (J)          CASE NO: 00-4002-SNOW
AUSA: DAVID CORA  pres            ATTY: PHILIP HOROWITZ  pres
AGENT:                            VIOL:
PROCEEDING PTD HEARING            RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no        COUNSEL APPOINTED
       BOND SET @ 250,000 CSB w/ Nebbia

FILED by J.D.C. JAN 11 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

       SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

Stipulated bond set - Gov't reserves the right to request PTD should the deft seek to post the bond or reduce it.

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN: 1-14   11   LSS ✓
                        REMOVAL HRG:
                        STATUS CONF:

Date: 1-11-00   Time: 11:00   FTL/LSS TAPE #00- 003   Begin: 6   End: 62