COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: FRANTZ LAVACHE (J) # 55141      CASE NO: 00-4001-SNOW
AUSA: DAVID CORA  *pres*              ATTY: SCOTT SAKIN / Ramona Jolley
AGENT:                                VIOL:
PROCEEDING (PTD) HEARING              RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no            COUNSEL APPOINTED

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS     x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

[FILED JAN 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

CJA counsel allowed to w/draw -
permanent counsel retained

FBI S/A Craig McDermott - sworn for cross

PTD ordered    risk of flight

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:   1-14    11    LSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 1-7-00    Time 10:00    FTL/LSS TAPE #00- 001    Begin: 3303    End:
                              and 002    end 1520