UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

CASE NUMBER:   00-4001-SNOW

vs

FRANTZ LAVACHE

    Defendant

_____/



### NOTICE OF APPEARANCE AS ATTORNEY OF RECORD

COMES NOW, RAMONA L. TOLLEY, ESQUIRE, and files this her appearance as Attorney of Record on behalf of the Defendant, FRANTZ LAVACHE, in the above styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by hand this the 7th day of January, 2000 to Assistant U.S. Attorney Roger Powell, at 299 E. Broward Blvd., Fort Lauderdale, FL 33301; the original of which has been filed with the Clerk of the Court.

                              GILMAN & ASSOCIATES, P.A.
                              Attorney for the Defendant
                              524 S. Andrews Avenue
                              Suite 303N
                              Fort Lauderdale, FL 33301
                              Telephone:  (954) 763-3453
                              Facsimile:  (954) 728-9263

                              _____
                              RAMONA L. TOLLEY, ESQ.
                              Florida Bar Number:  962902