IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 00-4001-SNOW  00-6015-CR-WJZ

Plaintiff

vs

FRANTZ LAVANCHE

Defendant

_____/

### REQUEST FOR DISCOVERY AND INSPECTION

To: The Hon. Lurana S. Snow
United States District Court Judge
United States District Court
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

The Defendant, **FRANTZ LAVANCHE**, through undersigned Counsel and pursuant to Fed. R. Crim. P. 16, hereby requests the United States to permit Counsel for **FRANTZ LAVANCHE** to inspect and copy or photograph the following items:

I

### RELIEF SOUGHT

A. Pursuant to Fed.R.Crim.P. 16(a)(1)(A), any relevant written or recorded statements made by the Defendant, within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government; the substance of any oral statement which the government intends to offer in evidence at the trial made by the Defendant whether before or after arrest in response to interrogation by any person then known to the Defendant to be a government agent, and

recorded testimony of the Defendant before a grand jury which relates to the offense charged.

Concerning statements producible under Rule 16(a)(1)(A), under the law of conspiracy and the Pinkerton doctrine, **FRANTZ LAVANCHE** is legally responsible for the statements of other persons as well as her own personal statements.

It is the position of **FRANTZ LAVANCHE** that the scope of Rule 16(a)(1)(A) encompasses statements made by the Defendant, by co-conspirators and by others, that bind the Defendant, to a government agent and/or attorney in which the remarks of the Defendant, his/her agents, and her co-conspirators are attributable and included in a third party's statement.  Further, it includes statements made pre-arrest, as well as post arrest.  See United States vs Thevis, 84 F.R.D. 47, 54-57 (N.D.Ga. 1979).  It includes any Miranda warnings given and **FRANTZ LAVANCHE'S** responses.  United States vs McElroy, 697 F.2d 459, 464 (2d Cir. 1982).  Also, the scope of this rule encompasses all recorded testimony both **audio and video tapes** of the Defendant, his/her agents, and co-conspirators before any grand jury which relates to the offenses charged.

B.  Pursuant to Fed.R.Crim.P. 16(a)(1)(B), a copy of the Defendant's criminal record, if any, as is within the possession, custody, or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government.

C.  Pursuant to Fed.R.Crim.P. 12(d)(2), **FRANTZ LAVANCHE** requests written notice of the government's intention to use (in its evidence in chief at trial) any evidence which **FRANTZ LAVANCHE** may be entitled to discover under Rule 16 in order to afford him/her an opportunity to move to suppress appropriate evidence under Subdivision (b)(3) of Federal Criminal Procedure Rule 12.

D. Pursuant to Fed.R.Crim.P. 16(a)(1)(C), copies of any tangible objects intended for use at trial.

E. Pursuant to Fed.R.Crim.P. 16(a)(1)(D), the results of any scientific tests or other examinations.

F. The names and addresses of any witnesses intended for use at trial, as well as any record of prior felony convictions of any such witness(es).

G. The disclosure of any evidence favorable to the Defendant.

H. All other matters discoverable pursuant to Criminal Rule 16.

I. Once the discovery requested in Paragraphs A through H above, has been received from the government, **FRANTZ LAVANCHE** is prepared to enter into the stipulation which may be required by the Court governing discovery and inspection and file such stipulation with the Clerk.

DATED this the 13th day of January, 2000 at Fort Lauderdale, Broward County, Florida.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via hand delivery this the 14 day of January, 2000 to Roger Powell, Esq., United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, FL 33301 and the original filed with the Clerk of the Court, U.S. District Court, 299 E. Broward Blvd., Fort Lauderdale, FL 33301.

GILMAN & ASSOCIATES, P.A.
Attorney for the Defendant
524 S. Andrews Avenue
Suite 303N
Fort Lauderdale, FL 33301
Telephone: (954) 763-3453
Facsimile: (954) 728-9263

RAMONA TOLLEY, ESQUIRE
Florida Bar No.: 962902