## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: FRANTZ LAVCHE (N) (J)           CASE NO: 00-6015-CR-ZLOCH
AUSA: DAVID CORA /Powell              ATTY: RAMONA TOLLEY
AGENT: _____                VIOL: _____
PROCEEDING ARRAIGNMENT                RECOMMENDED BOND _____
BOND HEARING HELD - yes/no            COUNSEL APPOINTED
      BOND SET @
      SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS      x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

            Reading of Indictment Waived
            Not Guilty plea entered
            ~~Jury trial demanded~~
            Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF:    JANUARY 28    11AM    SELTZER ✓

Date: 1-14-00   Time: 11:00   FTL/LSS TAPE #00-004   Begin: 129   End: 203

(FILED stamp: JAN 14 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA., FT. LAUD.)