

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA

vs

FRANTZ LAVACHE

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 14, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:              Address:__CUSTODY_____

                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name:_____RAMONA TOLLEY, ESQ._____

                        Address:_____

                        _____

                        Telephone:_____

BOND SET/CONTINUED:     $_____CON'T IN PTD_____

Bond hearing held:  yes_____    no____  Bond hearing set for_____

Dated this__14TH__day of __JANUARY_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
Deputy Clerk
Tape No._____00- 004_____

cc: Copy for Judge
    U. S. Attorney