UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,  CASE NO. ~~00-4001-SNOW~~ 00-6015-CR-WJZ

    Plaintiff,

v.

FRANTZ LAVACHE,

    Defendant.

_____/



FILED by _____ D.C.
JAN 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DISCHARGING CJA COUNSEL

THIS CAUSE, having come before the Court on the 7th day of January, 2000, and it appearing to the Court that the Defendant has retained private counsel, it is

ORDERED AND ADJUDGED as follows:

That CJA Counsel, Scott W. Sakin, is hereby discharged from further representation in this case.

DONE AND ORDERED this 27th day of January, 2000, at Fort Lauderdale, Florida.

                                               *Lurana S. Snow*
                                               LURANA SNOW
                              CHIEF UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney's Office
    Richard Castillo, Esq.
    Ramona Tolley, Esq.
    Scott Sakin, Esq.