DEFT: Frantz Lavache (no deft needed)   CASE NO: 00-6015-CR-Zloch
AUSA: Roger Powell / Ed Ryan   ATTNY: Ramona Tolley *present*
AGENT: ___   VIOL: ___

PROCEEDING: Status Conference & Discovery Motion   BOND REC: ___
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___
___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___ Electronic Monitoring

FILED by ___ D.C.
JAN 28 ___
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Atty files notice to withdraw motion will fax order

2-28-00 trial date
10 days to try
16 tapes out
possible plea

NEXT COURT APPEARANCE:   DATE: ___   TIME: ___   JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 1-28-00   TIME: 11:00am   TAPE # 00-010   PG # 4
2884-
35