UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

CASE NUMBER: CC-6015-CR-WJZ
~~00-4001-SNOW~~

vs

FRANTZ LAVACHE

    Defendant

_____/

## NOTICE OF WITHDRAWAL OF MOTION

COMES NOW, the Defendant, by and through his undersigned attorney and files this Notice of Withdrawal of Motion in the above styled cause.

1.    That on January 14, 2000, the undersigned attorney appeared by the Honorable Lurana S. Snow for the purpose of Arraignment. At the hearing, this attorney submitted a request for discovery and inspection.

2.    That the Motion filed is moot, because the relief sought is covered by the standing discovery order issued by the Honorable Lurana S. Snow.

WHEREFORE, the Defendant, by and through the undersigned attorney, respectfully submits this Notice to Withdraw Motion in the above styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by hand this the 28th day of January, 2000 to Assistant U.S. Attorney, Roger Powell, at 299 E. Broward Blvd., Fort Lauderdale, FL 33301; the original of which has been filed with the Clerk of the Court.

GILMAN & ASSOCIATES, P.A.
Attorney for the Defendant
524 S. Andrews Avenue
Suite 303N
Fort Lauderdale, FL 33301
Telephone: (954) 763-3453
Facsimile: (954) 728-9263

RAMONA TOLLEY, ESQ.
Florida Bar Number: 962902

37