UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

FRANTZ LAVACHE,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on January 28, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order. The Government further represented that the transcripts of the audio tapes will be available within fifteen (15) days and the results of the laboratory examinations will be available within ten (10) days. The Government is ready to proceed and anticipates that this matter would require ten (10) days to try.

2. Defense counsel informed the Court that she will be withdrawing her previously filed discovery motions. Further, she informed the Court that she will be exploring plea negotiations with the Government and may be filing a motion to continue the

1

trial of this cause to facilitate those negotiations.

    DATED at Fort Lauderdale, Florida this ___ day of January 2000.

                 BARRY S. SELTZER
                 United States Magistrate Judge

Copies to:

Honorable William J. Zloch
United States District Judge

Roger Powell, Esquire
Assistant United States Attorney

Ramona Tolley, Esquire
One SE 3rd Avenue, Suite 2110
Miami, Florida 33131-1716
Attorney for Defendant