UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

CASE NUMBER: 00-4001-SNOW / 00-6015-CR-WJZ

vs

FRANTZ LAVACHE

    Defendant

_____/

## ORDER GRANTING DEFENSE COUNSEL'S WITHDRAWAL OF MOTION

THIS CAUSE coming on to be considered and the Court having heard Counsel's request for Withdrawal of the Motion for Discovery filed with this Court on the 14th day of January, 2000 and otherwise being fully advised in the premises, it is therefore:

ORDERED AND ADJUDGED that said Motion is hereby **GRANTED** and the Request for Discovery and Inspection previously filed is hereby stricken.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this the 28th day of January, 2000.

THE HONORABLE BARRY S. SELTZER
United States Magistrate Judge

cc: Ramona Tolley, Esq.
    United States Attorney