UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Cases No. 00- 6015-CR-ZLOCH

UNITED STATES OF AMERICA )
)
v. )
)
DONALD T. ROBERSON, )
FRANTZ LAVACHE )
and )
JOSEPH SAMUELS, )
)
              Defendants. )
_____/

## GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this Second Supplemental Response to the Standing Discovery Order.

1. Tape transcript dated 11/1198; numbered 00140 thru 00143.

2. Tape transcript dated 01/20/99; numbered 00144 thru 00145.

3. Tape transcript dated 01/22/99; numbered 00146 thru 00152.

4. Tape transcript dated 02/26/99; numbered 00153 thru 00154.

5. Tape transcript dated 03/05/99; numbered 00155 thru 00156.

6.  Tape transcript dated 03/27/99; numbered 00157 thru 00159.

7.  Tape transcript dated 04/30/99; numbered 00160 thru 00166.

8.  Tape transcript dated 06/23/99; numbered 00167 thru 00170.

9.  Tape transcript dated 06/24/99; numbered 00171 thru 00176.

10. Tape transcript dated 08/17/99; numbered 00177 thru 00178.

11. Tape transcript dated 08/17/99; numbered 00140 thru 00181.

12. Tape transcript dated 08/17/99; numbered 00182 thru 00189.

13. Tape transcript dated 08/25/99; numbered 00190 thru 00191.

14. Tape transcript dated 11/16/99; numbered 00192 thru 00193.

15. Tape transcript dated 12/28/99; numbered 00194 thru 00200.

16. Tape transcript dated 01/03/00; numbered 00201 thru 00202.

17. FBI 302 reports; numbered 00203 thru 00215.

18. Fort Lauderdale Police Evidence forms; numbered 00216 thru 00225.

The attachments to this response are numbered documents 00140 - 00225. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: *Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel:(954)356-7255; Fax:356-7336

cc: Special Agent Greg McDermott,
    FBI
    Task Force Agent Clay Barrett
    North Broward Drug Enforcement Unit

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered by United States this <u>8th</u> day of February 2000 to:

Mr.Richard P. Castillo, Esq.
Attorney for Defendant Roberson
440 South Andrews Avenue
Fort Lauderdale, FLorida  33301

Ms. Ramona Tolley, Esq.
Attorney for Defendant Lavache
524 South Andrews Avenue, Suite 303N
Fort Lauderdale, Florida 33301

Mr. Philip R. Horowitz, Esq.
Attorney for Defendant Samuels
12651 South Dixie Highway, Suite 328
Miami, Florida 33156

_Roger W. Powell_
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY