COPIES NOT PROVIDED
ENVELOPES NOT PROVIDED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

CASE NUMBER:   00-6015-ZLOCH

vs

FRANTZ LAVACHE

    Defendant

_____/

## MOTION FOR CONTINUANCE

COMES NOW, the Defendant, FRANTZ LAVACHE, by and through his undersigned attorney and moves this Honorable Court for an Order continuing the Trial in the above styled matter and as grounds for this Motion hereby submits the following:

1. That this matter is set for Status Conference on February 25, 2000 at 9:00 a.m., with a Trial scheduled for February 28, 2000 at 9:00 a.m.

2. That this is the first time this matter has been scheduled for Status and has never been continued before.

3. That Counsel has contact Assistant United States Attorney Roger Powell who has indicated that he does not have any objection to a continuance of this matter.

WHEREFORE, the Defendant, FRANTZ LAVACHE, respectfully requests that this Honorable Court grant this his Motion for Continuance of the Status Conference and Trial in the above styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Assistant U.S. Attorney, Roger Powell, at 299 E. Broward Blvd., Fort Lauderdale, FL 33301; Richard Castillo, 440 S. Andrews Avenue, Fort Lauderdale, FL

33301; Phillip R. Horowitz, 12651 S. Dixie Hwy., Suite 328, Miami, FL 33156 and the original of which has been filed with the Clerk of the Court on this the 3rd day of February, 2000.

> GILMAN & ASSOCIATES, P.A.
> Attorney for the Defendant
> 524 S. Andrews Avenue
> Suite 303N
> Fort Lauderdale, FL 33301
> Telephone: (954) 763-3453
> Facsimile: (954) 728-9263
>
> _____
> RAMONA TOLLEY, ESQ.
> Florida Bar Number: 962902