UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6015-CR-ZLOCH



UNITED STATES OF AMERICA

v.

DONALD T. ROBERSON
FRANTZ LAVACHE
JOSEPH SAMUELS

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE<br>299 E. BROWARD BLVD.<br>FT. LAUDERDALE, Fl, 33301 | COURTROOM A<br>DATE & TIME:<br>March 27, 2000, at 9:00 AM |
|---|---|

**CALENDAR CALL - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: March 7, 2000

cc:
Roger Powell, Esq., AUSA
Richard Castillo, Esq.
Ramona Tolley, Esq.
Philip Horowitz, Esq.