UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Cases No. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA

v.

DONALD T. ROBERSON,
FRANTZ LAVACHE
    and
JOSEPH SAMUELS,

    Defendants.
_____/

GOVERNMENT'S SPEEDY TRIAL REPORT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and submits its Speedy Trial Report pursuant to Local Rule 25.

1. The Speedy Trial Act, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days of filing and making public of the indictment, or from the date of a defendant's initial appearance on the charges, whichever last occurs.

2. In the instant case, the defendants were indicted on January 13, 2000, and the defendants were arraigned on this indictment before Magistrate Judge Lurana S. Snow on January 14, 2000.

3. Since the filing of this case, proceedings have occurred resulting in excludable time under Title 18, United States Code, Section 3161(h). The United States provides the following chart

53

for the convenience of the Court:

| Event/Motion | Date | Date of Order | Excludable Time |
|---|---|---|---|
| (1) Arraignment | 01/14/00 | | 1 day |
| (2) Def. Roberson Motion to Cont. | 02/03/00 | Granted 2/29/00 | 53 days |
| (3) Def. Lavache Motion to Cont. | 02/10/00 | Granted 2/29/00 | |

4. The United States submits that as of Calendar Call on Friday, March 24, 2000, twenty-one (21) days of non-excludable time have elapsed since the indictment in this case. Title 18, United States Code, Section 3161(h)(3)(A).

5. Trial of this action should commence within forty-nine (49) days from the date presently set for Trial - Monday, March 27, 2000, unless additional periods of excludable time occur.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____/s/ Roger W. Powell_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.: 341411
Off.:(954) 356-7255; Fax. 356-7336
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this **23th** day of **March 2000** to:

    Mr. Richard P. Castillo, Esq.
    Attorney for Defendant Roberson
    440 South Andrews Avenue
    Fort Lauderdale, Florida 33301

    Ms. Ramona Tolley, Esq.
    Attorney for Defendant Lavache
    524 South Andrews Avenue, Suite 303N
    Fort Lauderdale, Florida 33301

    Mr. Philip R. Horowitz, Esq.
    Attorney for Defendant Samuels
    12651 South Dixie Highway, Suite 328
    Miami, Florida 33156

                                               _____
                                             ROGER W. POWELL
                                             ASSISTANT UNITED STATES ATTORNEY