UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
MAR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6015-Cr-Zloch   DATE 3-27-00

CLERK Jackie Newby   REPORTER Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Donald Roberson, Frantz Lavache, Joseph Samuels

U. S. ATTORNEY Roger Powell   DEFT COUNSEL Richard Castillo - Ramona Tolley - Philip Horowitz

DEFENDANT:   PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING All to Plea -

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC

54