

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### CASE NO:  00-6015-CR-ZLOCH

**UNITED STATES OF AMERICA**

**v.**

**DONALD ROBERSON**
**FRANTZ LAVACHE**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE**                          **COURTROOM A**
**299 E. BROWARD BLVD.**              **DATE & TIME:**
**FT. LAUDERDALE, Fl, 33301**      **April 3, 2000 at 10:15 AM**

**CHANGE OF PLEA  —  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH**
**WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 29. 2000

cc:
Roger Powell, Esq., AUSA
Richard Castillo, Esq.
Ramona Tolley, Esq.

