UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6015-CR-Zloch   DATE 4-17-00
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION   INTERPRETER

UNITED STATES OF AMERICA v. Frantz Lavache

U. S. ATTORNEY Roger Powell   DEFT COUNSEL Ramona Tolley

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered plea of guilty to Count 1 Court accepted plea & adjudged deft guilty to Count 1

JUDGMENT

CASE CONTINUED TO 6-30-00   TIME 10:00   FOR Sentencing

MISC Written Plea Agreement

61