UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by  O     D.C.
JUN 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  00-6015-CR        DATE  June 30, 2000
CLERK  Amy Jordan               REPORTER  Carl Schanzleh
PROBATION  Katherine Gomez      INTERPRETER

UNITED STATES OF AMERICA v. Frantz Lavache

U.S. ATTORNEY  Roger Powell      DEFT COUNSEL  Ramone Tolley

DEFENDANT: (PRESENT)  NOT PRESENT    ON BOND  (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Defendant sentenced to a term of imprisonment followed by Supervised Release.

JUDGMENT  Defendant sentenced to 87 months imprisonment on Count 1; 3 years Supervised Release.
$100.00 Special Assessment due immediately.

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

71