IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA FT. LAUDERDALE

FILED BY

2001 JAN 17 PM 1: 47

CLERK, U.S. DIST. CT.
S.D. OF FLA-FTL

FRANTZ LAVACHE )
)
V. ) Case No. 006015-CR-ZLOCK
) MOTION TO PROCEED IN FORMA
UNITED STATES OF AMERICA ) PAUPERIS AND ASSIGNMENT OF COUNSEL
)

Comes now defendant Frantz Lavache, pro se, respectfully asks this Honorable Court for an order granting this motion to proceed In Forma Pauperis conjuctive with the assignment of counsel in the above styled cause for the good reasons stated hereto.

Defendant fully intends to exercise his constitutional right of appeal in a purposeful and nonfrivolous manner. He attests and laments before this Honorable Court that his present incarceration does not afford him the ability to retain private counsel to assist in perfecting an appeal. This financial status is reflected inthe following: Defendant possess neither a checking account, savings account or any other type of fiduciary account. He does not own any stocks, bonds, nor control any real property, nor any means of support or income. Further, defendant states that he has neither family or friends willing or able to accept the responsibility of hired counsel.

Defendant prays that in the interest of justice and under the application of the laws and constitution of the United States that this Honorable Court will grant this motion to proceed In Forma Pauperis and appoint counsel.

RESPECTFULLY SUBMITTED

*[signature]*

Frantz Lavache 55141-004
Box 5000
Yazoo City Miss. 39194