THE UNITED STATES DISTRICT COURT    FILED BY _____ ₽.C

FOR THE SOUTHERN DISTRICT OF FLORIDA FT. LAUDERDALE JAN 17 PM 1: 48

FRANTZ  LAVACHE                    )
                                   )                    CLERK U.S. DIST. CT.
V.                                 )    Case No.  00-6015-CR-ZLOCH OF FLA-FTL
                                   )    AFFIDAVIT IN SUPPORT  OF
UNITED STATES OF AMERICA           )    ASSIGNMENT OF COUNSEL AND LEAVE
                                   )    TO FILE IN FORMA PAUPERIS
                                   )

Defendant of sound  mind and body and under no coercion or duress
hereby attest under penalty of  perjury to the following:

l. I am the defendant-appellate in the above  styled case;

2. I have no funds whatsoever to retain private counsel nor do I have
any individual who is willing or able  to bear financial responsibility
on behalf;

3. I am currently incarcerated and have no means of procuring funds
in the immediate future to secure private counsel. The balance in my trust
account  is approximately $40.00;

4. It is my intention to pursue this appeal in a vigorous nonfrivolous
manner to its conclusion  and am not able to do so without the advice and
assistance of competent counsel.

RESPECTFULLY SUBMITTED

Frantz Lavache 55141-004
Box 5000
Yazoo City Miss. 39194

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has
been mailed this 8ᵗʰ  day of January 2001 to Roger W. Powell AUSA, 500 East
Broward  Blvd., Seventh Floor Fort Lauderdale Florida 33394-7314.

RESPECTFULLY SUBMITTED

Frantz Lavache 55141-004