UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED BY _____ D.C.
2001 JAN 17 PM 1: 47
CLERK U.S DIST. CT.
S.D. OF FLA-FTL

FRANTZ LAVACHE )
)
v. ) Case No.006015-CR-Zlock
)
UNITED STATES OF AMERICA )
)

## NOTICE OF APPEAL

Comes now, Frantz Lavache, pro se, files this notice of appeal pursuant to Federal Rules of Appellate Procedure Rule 4(b) in the above styled case.

Defendant categorically states and affirms that he was not cognizant of the fact that his attorney had not filed the required notice of appeal and only recently learned that no notice had been filed in his behalf and that now he is procedurally bared as defined in the statute.

Defendant prays that this Honorable Court will understand and appreciate the defendant's reliance upon counsel in this matter and allow him to proceed with his constitutionally guaranteed right of appeal not withstanding the untimeliness of the filing of this motion.

Defendant relies upon the following authority Martin v. United States 81 F3rd 1083 (11th Cir., 1996)(holding defendant entitled to out-of-time appeal when his attorney failed to file notice of appeal).

In the instant case the defendant may be precluded from raising the new constitutional rule announced by the Supreme Court in Apprendi v.New Jersey.

Defendant prays for the relief in the foregoing motion.

RESPECTFULLY SUBMITTED

Frantz Lavache 55141-004
Box 5000
Yazoo City Miss 39194