# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 00-6015

I, FRANTZ LAVACHE, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☒ Yes  ☐ No  (If "No" go to Part 2)

    If "Yes" state the place of your incarceration FCI YAZOO City MS

    Are you employed at the institution? YES  Do you receive any payment from the institution? YES

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☒ Yes  ☐ No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $45.00 DOLLARS A MONTH  FCI YAZOO city MS  Zip C. 39194-5000

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment  ☐ Yes  ☒ No
    b. Rent payments, interest or dividends  ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
    d. Disability or workers compensation payments  ☐ Yes  ☒ No
    e. Gifts or inheritances  ☒ Yes  ☐ No
    f. Any other sources  ☐ Yes  ☒ No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. MY FAMILY SEND ME SOME MONEY FOR THE thing I NEED why I'M IN JAIL

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. I have three kids that would like me to support them but I can support them from jail. thanks for asking

I declare under penalty of perjury that the above information is true and correct.

1/16/01
DATE

SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __$54.87__ on account to his/her credit at (name of institution) __FCI YAZOO CITY__. I further certify that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's average balance was $ __1177.90__ .

1/16/01
DATE

/s/ Law Counselor
SIGNATURE OF AUTHORIZED OFFICER

```
                    ACCOUNT
                   STATEMENT
FCI YAZOO CITY *LTD OFFICIAL USE*          DATE 01/16/01
                                           PAGE No.01
```

SIX MONTHS AVG $1122.90
AP 1AM Counselor

Account # 55141004

LAVACHE, FRANTZ
3AL

```
---BEGINNING---AVAILABLE   ENCUMBRANCE   OUTSTANDING    SPECIAL      ACCOUNT
                BALANCE      BALANCE       BALANCE      BALANCE      BALANCE
                  2.70          .00           .00          .00         2.70
 INVOICE   TIME    DATE    TRANSACTION DESCRIPTION      AMOUNT
 T00701   12:06  10-05-00  MONEY ORDER                   300.00        302.70
 000029   17:52  10-05-00  SALE / REGULAR                 78.40-       224.30
 000031   17:59  10-05-00  SALE / REGULAR                 11.95-       212.35
 000041   18:23  10-05-00  SALE / REGULAR                  1.70-       210.65
 0AB426   20:53  10-06-00  DEPOSIT ITS FUNDS              20.00-       190.65
 000063   19:53  10-10-00  SALE / REGULAR                 43.00-       147.65
 000028   15:02  10-17-00  SALE / REGULAR                 97.85-        49.80
 0C3606    9:37  10-21-00  DEPOSIT ITS FUNDS               9.00-        40.80
 000021   14:35  10-24-00  SALE / REGULAR                 17.60-        23.20
 T02596   13:47  10-30-00  MONEY ORDER                   250.00        273.20
 000018   14:26  10-31-00  SALE / REGULAR                 23.95-       249.25
 0D4B51   18:39  11-01-00  DEPOSIT ITS FUNDS              19.00-       230.25
 000131   14:27  11-07-00  SALE / REGULAR                104.10-       126.15
 000002   14:05  11-14-00  SALE / REGULAR                 47.30-        78.85
 0EB128   20:21  11-14-00  DEPOSIT ITS FUNDS              14.00-        64.85
 000014   14:23  11-20-00  SALE / REGULAR                 16.25-        48.60
 0FC98F   20:36  11-25-00  DEPOSIT ITS FUNDS               8.00-        40.60
 NOV00P   18:45  12-01-00  PERFORMANCE PAY                26.69         67.29
 IOS007   18:58  12-01-00  FIN. RESP. ACT                 25.00-        42.29
 108977   14:20  12-03-00  DEPOSIT ITS FUNDS              10.00-        32.29
 T05899   14:32  12-04-00  MONEY ORDER                   150.00        182.29
 000026   14:43  12-05-00  SALE / REGULAR                 67.80-       114.49
 10E5C7   22:14  12-06-00  DEPOSIT ITS FUNDS              14.00-       100.49
 DL0019   16:24  12-08-00  FUNDS TRANSFERRED IN            3.36        103.85
 000064   10:06  12-12-00  SALE / REGULAR                 34.15-        69.70
 117BA1   17:22  12-12-00  DEPOSIT ITS FUNDS               9.00-        60.70
 PF0608   11:26  12-13-00  COMMISSARY FORM                13.18-        47.52
 1209C7   18:59  12-17-00  DEPOSIT ITS FUNDS               7.00-        40.52
 000019   14:46  12-19-00  SALE / REGULAR                 22.50-        18.02
 128B4C   19:16  12-22-00  DEPOSIT ITS FUNDS              10.00-         8.02
 12F110   16:56  12-25-00  DEPOSIT ITS FUNDS               8.00-          .02
 T08822   11:22  12-28-00  MONEY ORDER                   100.00        100.02
 13496F   21:52  12-28-00  DEPOSIT ITS FUNDS              20.00-        80.02
 000006   17:53  01-02-01  SALE / REGULAR                 39.55-        40.47
 DEC01P   10:01  01-08-01  PERFORMANCE PAY                52.20         92.67
 000009   14:20  01-08-01  SALE / REGULAR                 22.05-        70.62
 000010   14:22  01-08-01  SALE / REGULAR                   .80-        69.82
 14EFAA   19:18  01-12-01  DEPOSIT ITS FUNDS              15.00-        54.82
                         **** TRANSACTION TOTAL ****      52.12
-----ENDING-----AVAILABLE   ENCUMBRANCE   OUTSTANDING    SPECIAL      ACCOUNT
                  BALANCE      BALANCE       BALANCE     BALANCE      BALANCE
                   54.82          .00           .00         .00         54.82
```