UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANTZ LAVACHE

    Defendant.
_____/

**O R D E R**

FILED by _____ D.C.
FEB 2 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Defendant, Frantz Lavache's, Motion To Proceed In Forma Pauperis And Assignment Of Counsel (DE 91); and upon the Defendant Lavache's Motion For Reduction Of Sentence Pursuant To 18 U.S.C. § 3582(c)(2) and Rule 35/2255 Pursuant to Apprendi v. New Jersey (DE 99). This Court has carefully reviewed the merits of said Motions and is fully advised in the premises.

Accordingly after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant, Frantz Lavache's, Motion to Proceed In Forma Pauperis And Assignment Of Counsel (DE 91) be and the same is hereby **DENIED**; and

2. With regard to Defendant Lavache's Motion For Reduction Of Sentence Pursuant To 18 U.S.C. § 3582(c)(2) And Rule 35/2255



Pursuant To Apprendi v. New Jersey (DE 99), the Court notes that this matter is governed by the Federal Sentencing Guidelines pursuant to the Sentencing Reform Act of 1984. The Sentencing Guidelines do not provide that such a Motion may be filed by a Defendant.

Accordingly, the Court **DISMISSES** Defendant Lavache's Motion aforementioned for lack of jurisdiction. In the alternative, assuming arguendo that this Court has jurisdiction to consider same, the Court **DENIES** Defendant Lavache's Motion For Reduction Of Sentence Pursuant To 18 U.S.C. § 3582(c)(2) (DE 99).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _27th_ day of February, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Frantz Lavache, Pro Se
Reg. No. 55141-004
Box 5000
Yazoo City, MS 39194

Roger W. Powell, Esq., AUSA