THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

FRANTZ LAVACHE            )
                          )
                          )    Case No. 006015 CR Zloch
v.                        )
                          )
                          )
UNITED STATES OF AMERICA  )
                          )

NOTICE OF APPEAL

Comes now, Frantz Lavache, Pro Se, files this notice of appeal pursuant to Federal Rules of Criminal Procedure Rule 4(b) in the above styled case on the denial of a Rule 18 U.S.C. 3582 (c)(2) for modification and resentencing.

Motion to resentence was denied by the district court on the 27th day of Feb 2001. Such notice includes all rulings of the Court pursuant to the above request, including the request for court appointed counsel.

RESPECFULLY SUBMITTED

Frantz Lavache
55141-004
Box 5000
Yazoo City Miss. 39194

CERTICICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been mailed this 4th day of March, 2001 to Mr. Roger W. Powell AUSA, 500 E. Broward Blvd., Seventh Floor, Ft. Lauderdale Fl. 33394-7314.

RESPECTFULLY SUBMITTED

Frantz Lavache

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH

FILED by _____ D.C.

FEB 2 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         O R D E R

FRANTZ LAVACHE

    Defendant.
_____/

    THIS MATTER is before the Court upon the Defendant, Frantz Lavache's, Motion To Proceed In Forma Pauperis And Assignment Of Counsel (DE 91); and upon the Defendant Lavache's Motion For Reduction Of Sentence Pursuant To 18 U.S.C. § 3582(c)(2) and Rule 35/2255 Pursuant to Apprendi v. New Jersey (DE 99). This Court has carefully reviewed the merits of said Motions and is fully advised in the premises.

    Accordingly after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Defendant, Frantz Lavache's, Motion to Proceed In Forma Pauperis And Assignment Of Counsel (DE 91) be and the same is hereby **DENIED**; and

    2. With regard to Defendant Lavache's Motion For Reduction Of Sentence Pursuant To 18 U.S.C. § 3582(c)(2) And Rule 35/2255

Pursuant To Apprendi v. New Jersey (DE 99), the Court notes that this matter is governed by the Federal Sentencing Guidelines pursuant to the Sentencing Reform Act of 1984. The Sentencing Guidelines do not provide that such a Motion may be filed by a Defendant.

Accordingly, the Court **DISMISSES** Defendant Lavache's Motion aforementioned for lack of jurisdiction. In the alternative, assuming arguendo that this Court has jurisdiction to consider same, the Court **DENIES** Defendant Lavache's Motion For Reduction Of Sentence Pursuant To 18 U.S.C. § 3582(c)(2) (DE 99).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _27th_ day of February, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Frantz Lavache, Pro Se
Reg. No. 55141-004
Box 5000
Yazoo City, MS 39194

Roger W. Powell, Esq., AUSA