UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.

FRANTZ LAVACHE

    Defendant

ORDER

FILED by _____ D.C.
MAR 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

THIS MATTER is before the Court upon Motion For Reconsideration (filed March 9, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned Motion is hereby DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___14th___ day of March, 2001.

                                /s/ William J. Zloch
                                WILLIAM J. ZLOCH
                                Chief United States District Judge

cc:
Roger Powell, Esq., AUSA
Frantz Lavache
 55141-004
 Box 5000
 Yazoo City, Mississippi 39194