AO 240 (1/94)

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

FILED by ORIG D.C.
MAR 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

Defendant

CASE NUMBER: 00-6015-CR-ZLOCH

I, FRANTZ LAVACHE, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☒ Yes    ☐ No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration FCI YAZOO City MS

    Are you employed at the institution? YES    Do you receive any payment from the institution? YES

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. 45.00 DOLLARS A MONTH    FCI YAZOO City MS    Zip c. 39194-5000

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or inheritances | ☒ | ☐ |
    | f. | Any other sources | ☐ | ☒ |

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. MY FAMILY SEND ME SOME MONEY FOR the things I NEED WHY IM IN JAIL

1/106

ACCOUNT  
STATEMENT  
FCI YAZOO CITY *LTD OFFICIAL USE*  

DATE 03/13/01  
PAGE No.01  

Last 6 mo. Deposits: 1226.65

C. J. Rochelle, counselor

**A. LaRochelle**

Account # 55141004

LAVACHE, FRANTZ  
3AL

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| ---BEGINNING--- | | | AVAILABLE BALANCE 2.70 | ENCUMBRANCE BALANCE .00 | OUTSTANDING BALANCE .00 | SPECIAL BALANCE .00 | ACCOUNT BALANCE 2.70 |
| T00701 | 12:06 | 10-05-00 | MONEY ORDER | 300.00 | 302.70 |
| 000029 | 17:52 | 10-05-00 | SALE / REGULAR | 78.40- | 224.30 |
| 000031 | 17:59 | 10-05-00 | SALE / REGULAR | 11.95- | 212.35 |
| 000041 | 18:23 | 10-05-00 | SALE / REGULAR | 1.70- | 210.65 |
| 0AB426 | 20:53 | 10-06-00 | DEPOSIT ITS FUNDS | 20.00- | 190.65 |
| 000063 | 19:53 | 10-10-00 | SALE / REGULAR | 43.00- | 147.65 |
| 000028 | 15:02 | 10-17-00 | SALE / REGULAR | 97.85- | 49.80 |
| 0C3606 | 9:37 | 10-21-00 | DEPOSIT ITS FUNDS | 9.00- | 40.80 |
| 000021 | 14:35 | 10-24-00 | SALE / REGULAR | 17.60- | 23.20 |
| T02596 | 13:47 | 10-30-00 | MONEY ORDER | 250.00 | 273.20 |
| 000018 | 14:26 | 10-31-00 | SALE / REGULAR | 23.95- | 249.25 |
| 0D4B51 | 18:39 | 11-01-00 | DEPOSIT ITS FUNDS | 19.00- | 230.25 |
| 000131 | 14:27 | 11-07-00 | SALE / REGULAR | 104.10- | 126.15 |
| 000002 | 14:05 | 11-14-00 | SALE / REGULAR | 47.30- | 78.85 |
| 0EB128 | 20:21 | 11-14-00 | DEPOSIT ITS FUNDS | 14.00- | 64.85 |
| 000014 | 14:23 | 11-20-00 | SALE / REGULAR | 16.25- | 48.60 |
| 0FC98F | 20:36 | 11-25-00 | DEPOSIT ITS FUNDS | 8.00- | 40.60 |
| NOV00P | 18:45 | 12-01-00 | PERFORMANCE PAY | 26.69 | 67.29 |
| IOS007 | 18:58 | 12-01-00 | FIN. RESP. ACT | 25.00- | 42.29 |
| 108977 | 14:20 | 12-03-00 | DEPOSIT ITS FUNDS | 10.00- | 32.29 |
| T05899 | 14:32 | 12-04-00 | MONEY ORDER | 150.00 | 182.29 |
| 000026 | 14:43 | 12-05-00 | SALE / REGULAR | 67.80- | 114.49 |
| 10B5C7 | 22:14 | 12-06-00 | DEPOSIT ITS FUNDS | 14.00- | 100.49 |
| DL0019 | 16:24 | 12-08-00 | FUNDS TRANSFERRED IN | 3.36 | 103.85 |
| 000064 | 10:06 | 12-12-00 | SALE / REGULAR | 34.15- | 69.70 |
| 117BA1 | 17:22 | 12-12-00 | DEPOSIT ITS FUNDS | 9.00- | 60.70 |
| PF0608 | 11:26 | 12-13-00 | COMMISSARY FORM | 13.18- | 47.52 |
| 1209C7 | 18:59 | 12-17-00 | DEPOSIT ITS FUNDS | 7.00- | 40.52 |
| 000019 | 14:46 | 12-19-00 | SALE / REGULAR | 22.50- | 18.02 |
| 128B4C | 19:16 | 12-22-00 | DEPOSIT ITS FUNDS | 10.00- | 8.02 |
| 12F110 | 16:56 | 12-25-00 | DEPOSIT ITS FUNDS | 8.00- | .02 |
| T08822 | 11:22 | 12-28-00 | MONEY ORDER | 100.00 | 100.02 |
| 13496F | 21:52 | 12-28-00 | DEPOSIT ITS FUNDS | 20.00- | 80.02 |
| 000006 | 17:53 | 01-02-01 | SALE / REGULAR | 39.55- | 40.47 |
| DEC01P | 10:01 | 01-08-01 | PERFORMANCE PAY | 52.20 | 92.67 |
| 000009 | 14:20 | 01-08-01 | SALE / REGULAR | 22.05- | 70.62 |
| 000010 | 14:22 | 01-08-01 | SALE / REGULAR | .80- | 69.82 |
| 14EFAA | 19:18 | 01-12-01 | DEPOSIT ITS FUNDS | 15.00- | 54.82 |
| 000004 | 14:17 | 01-16-01 | SALE / REGULAR | 28.35- | 26.47 |
| 15C1C5 | 9:22 | 01-20-01 | DEPOSIT ITS FUNDS | 10.00- | 16.47 |
| T10786 | 14:25 | 01-22-01 | MONEY ORDER | 140.00 | 156.47 |

## ACCOUNT STATEMENT

FCI YAZOO CITY *LTD OFFICIAL USE*  
DATE 03/13/01  
PAGE No.02

Account # 55141004

LAVACHE, FRANTZ  
3AL

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000036 | 17:40 | 01-22-01 | SALE / REGULAR | 12.30- | 144.17 |
| 16399C | 21:36 | 01-24-01 | DEPOSIT ITS FUNDS | 20.00- | 124.17 |
| 000010 | 14:17 | 01-29-01 | SALE / REGULAR | 41.00- | 83.17 |
| 17526A | 22:31 | 02-04-01 | DEPOSIT ITS FUNDS | 13.00- | 70.17 |
| 000014 | 14:30 | 02-05-01 | SALE / REGULAR | 47.90- | 22.27 |
| JAN01P | 15:10 | 02-07-01 | PERFORMANCE PAY | 52.20 | 74.47 |
| 000013 | 14:14 | 02-12-01 | SALE / REGULAR | 21.15- | 53.32 |
| 185C8F | 20:39 | 02-13-01 | DEPOSIT ITS FUNDS | 10.00- | 43.32 |
| 000010 | 15:39 | 02-20-01 | SALE / REGULAR | 25.85- | 17.47 |
| 1938D7 | 15:28 | 02-22-01 | DEPOSIT ITS FUNDS | 15.00- | 2.47 |
| T15035 | 15:07 | 03-07-01 | MONEY ORDER | 100.00 | 102.47 |
| FEB01P | 12:00 | 03-08-01 | PERFORMANCE PAY | 52.20 | 154.67 |
| IOS015 | 12:14 | 03-08-01 | FIN. RESP. ACT | 25.00- | 129.67 |
| 1AD05B | 20:29 | 03-08-01 | DEPOSIT ITS FUNDS | 20.00- | 109.67 |
| 000066 | 19:16 | 03-12-01 | SALE / REGULAR | 54.30- | 55.37 |
| 000070 | 19:23 | 03-12-01 | SALE / REGULAR | 7.00- | 48.37 |
| | | | **** TRANSACTION TOTAL **** | 45.67 | |

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 48.37 | .00 | .00 | .00 | 48.37 |