UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.

FRANTZ LAVACHE

    Defendant

O R D E R

THIS MATTER is before the Court upon Application To Proceed Without Prepayment of Fees (filed March 19, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of March, 2001

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Roger Powell, Esq., AUSA
Frantz Lavache, Pro Se
#55141004
FCI Yazoo City
Yazoo City, Mississippi 39194-5000