# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I. TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: United States vs Frantz Lavache
District Court No.: Southern District 00-6015-CR-Zloch Date Notice of Appeal Filed: Mar. 7, 01   Court of Appeals No.: _____ (If Available)

**CHOOSE ONE:** ☐ No hearing  ☐ No transcript is required for appeal purposes  ☐ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | Sentenced 6/30/00 | | Carl Schanzleh |
| ☐ Other | Plead Guilty April 17, 00 | | |

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☒ **CRIMINAL JUSTICE ACT.** Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: FRantz Lavache
Name of Firm: 55141-004
Street Address/P.O. Box: Box 5000
City/State/Zip Code: Yazoo City Miss. 39194   Phone No.: _____

*FILED BY CT. REP. D.C. MAR 29 2001 CLARENCE MADDOX CLERK U.S. DIS. CT. S.D. OF FLA.*

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: 3/15/01   SIGNED: _____   Attorney for: Pro Se

## PART II. COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: March 26, 2001
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: Judge will not approve.
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____   Estimated no. of transcript pages: _____   Estimated filing date: _____
DATE: March 28, 2001   SIGNED: _____   Phone No.: 954-769-5488

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____
Actual No. of Volumes and Hearing Dates: _____
Date: _____   Signature of Court Reporter: _____

*U.S. GPO: 1999-734-586/80161*

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

Defendant

CASE NUMBER: 00-6015-CR-ZLOCH

I, FRANTZ LAVACHE declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  ☒ Yes  ☐ No  (If "No" go to Part 2)

   If "Yes" state the place of your incarceration FCI YAZOO City MS

   Are you employed at the institution? YES  Do you receive any payment from the institution? YES

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☒ Yes  ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. 45.00 DOLLARS A MONTH  FCI YAZOO City MS Zip c. 39194-5000

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
   d. Disability or workers compensation payments  ☐ Yes  ☒ No
   e. Gifts or inheritances  ☒ Yes  ☐ No
   f. Any other sources  ☐ Yes  ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. MY FAMILY SEND ME SOME MONEY FOR THE thing I NEED WHY IM IN JAIL

```
ACCOUNT
STATEMENT
FCI YAZOO CITY *LTD OFFICIAL USE*              DATE 03/13/01
                                                PAGE No.01
```

*Last 6. mo. Deposits: 1226.65*

*C. La Rochelle, counselor*

**A. LaRochelle**

Account # 55141004

LAVACHE, FRANTZ
3AL

| ---BEGINNING--- | AVAILABLE | ENCUMBRANCE | OUTSTANDING | SPECIAL | ACCOUNT |
|---|---|---|---|---|---|
| | BALANCE | BALANCE | BALANCE | BALANCE | BALANCE |
| | 2.70 | .00 | .00 | .00 | 2.70 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| T00701 | 12:06 | 10-05-00 | MONEY ORDER | 300.00 | 302.70 |
| 000029 | 17:52 | 10-05-00 | SALE / REGULAR | 78.40- | 224.30 |
| 000031 | 17:59 | 10-05-00 | SALE / REGULAR | 11.95- | 212.35 |
| 000041 | 18:23 | 10-05-00 | SALE / REGULAR | 1.70- | 210.65 |
| 0AB426 | 20:53 | 10-06-00 | DEPOSIT ITS FUNDS | 20.00- | 190.65 |
| 000063 | 19:53 | 10-10-00 | SALE / REGULAR | 43.00- | 147.65 |
| 000028 | 15:02 | 10-17-00 | SALE / REGULAR | 97.85- | 49.80 |
| 0C3606 | 9:37 | 10-21-00 | DEPOSIT ITS FUNDS | 9.00- | 40.80 |
| 000021 | 14:35 | 10-24-00 | SALE / REGULAR | 17.60- | 23.20 |
| T02596 | 13:47 | 10-30-00 | MONEY ORDER | 250.00 | 273.20 |
| 000018 | 14:26 | 10-31-00 | SALE / REGULAR | 23.95- | 249.25 |
| 0D4B51 | 18:39 | 11-01-00 | DEPOSIT ITS FUNDS | 19.00- | 230.25 |
| 000131 | 14:27 | 11-07-00 | SALE / REGULAR | 104.10- | 126.15 |
| 000002 | 14:05 | 11-14-00 | SALE / REGULAR | 47.30- | 78.85 |
| 0EB128 | 20:21 | 11-14-00 | DEPOSIT ITS FUNDS | 14.00- | 64.85 |
| 000014 | 14:23 | 11-20-00 | SALE / REGULAR | 16.25- | 48.60 |
| 0FC98F | 20:36 | 11-25-00 | DEPOSIT ITS FUNDS | 8.00- | 40.60 |
| NOV00P | 18:45 | 12-01-00 | PERFORMANCE PAY | 26.69 | 67.29 |
| IOS007 | 18:58 | 12-01-00 | FIN. RESP. ACT | 25.00- | 42.29 |
| 108977 | 14:20 | 12-03-00 | DEPOSIT ITS FUNDS | 10.00- | 32.29 |
| T05899 | 14:32 | 12-04-00 | MONEY ORDER | 150.00 | 182.29 |
| 000026 | 14:43 | 12-05-00 | SALE / REGULAR | 67.80- | 114.49 |
| 10E5C7 | 22:14 | 12-06-00 | DEPOSIT ITS FUNDS | 14.00- | 100.49 |
| DL0019 | 16:24 | 12-08-00 | FUNDS TRANSFERRED IN | 3.36 | 103.85 |
| 000064 | 10:06 | 12-12-00 | SALE / REGULAR | 34.15- | 69.70 |
| 117BA1 | 17:22 | 12-12-00 | DEPOSIT ITS FUNDS | 9.00- | 60.70 |
| PF0608 | 11:26 | 12-13-00 | COMMISSARY FORM | 13.18- | 47.52 |
| 1209C7 | 18:59 | 12-17-00 | DEPOSIT ITS FUNDS | 7.00- | 40.52 |
| 000019 | 14:46 | 12-19-00 | SALE / REGULAR | 22.50- | 18.02 |
| 128B4C | 19:16 | 12-22-00 | DEPOSIT ITS FUNDS | 10.00- | 8.02 |
| 12F110 | 16:56 | 12-25-00 | DEPOSIT ITS FUNDS | 8.00- | .02 |
| T08822 | 11:22 | 12-28-00 | MONEY ORDER | 100.00 | 100.02 |
| 13496F | 21:52 | 12-28-00 | DEPOSIT ITS FUNDS | 20.00- | 80.02 |
| 000006 | 17:53 | 01-02-01 | SALE / REGULAR | 39.55- | 40.47 |
| DEC01P | 10:01 | 01-08-01 | PERFORMANCE PAY | 52.20 | 92.67 |
| 000009 | 14:20 | 01-08-01 | SALE / REGULAR | 22.05- | 70.62 |
| 000010 | 14:22 | 01-08-01 | SALE / REGULAR | .80- | 69.82 |
| 14EFAA | 19:18 | 01-12-01 | DEPOSIT ITS FUNDS | 15.00- | 54.82 |
| 000004 | 14:17 | 01-16-01 | SALE / REGULAR | 28.35- | 26.47 |
| 15C1C5 | 9:22 | 01-20-01 | DEPOSIT ITS FUNDS | 10.00- | 16.47 |
| T10786 | 14:25 | 01-22-01 | MONEY ORDER | 140.00 | 156.47 |

```
0$ •                              ACCOUNT
                                  STATEMENT
FCI YAZOO CITY *LTD OFFICIAL USE*         DATE 03/13/01
                                          PAGE No.02


                                          Account # 55141004


           LAVACHE, FRANTZ
           3AL
```

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT  |         |
|---------|-------|----------|-------------------------|---------|---------|
| 000036  | 17:40 | 01-22-01 | SALE / REGULAR          | 12.30-  | 144.17  |
| 16399C  | 21:36 | 01-24-01 | DEPOSIT ITS FUNDS       | 20.00-  | 124.17  |
| 000010  | 14:17 | 01-29-01 | SALE / REGULAR          | 41.00-  | 83.17   |
| 17526A  | 22:31 | 02-04-01 | DEPOSIT ITS FUNDS       | 13.00-  | 70.17   |
| 000014  | 14:30 | 02-05-01 | SALE / REGULAR          | 47.90-  | 22.27   |
| JAN01P  | 15:10 | 02-07-01 | PERFORMANCE PAY         | 52.20   | 74.47   |
| 000013  | 14:14 | 02-12-01 | SALE / REGULAR          | 21.15-  | 53.32   |
| 185C8F  | 20:39 | 02-13-01 | DEPOSIT ITS FUNDS       | 10.00-  | 43.32   |
| 000010  | 15:39 | 02-20-01 | SALE / REGULAR          | 25.85-  | 17.47   |
| 1938D7  | 15:28 | 02-22-01 | DEPOSIT ITS FUNDS       | 15.00-  | 2.47    |
| T15035  | 15:07 | 03-07-01 | MONEY ORDER             | 100.00  | 102.47  |
| FEB01P  | 12:00 | 03-08-01 | PERFORMANCE PAY         | 52.20   | 154.67  |
| IOS015  | 12:14 | 03-08-01 | FIN. RESP. ACT          | 25.00-  | 129.67  |
| 1AD05B  | 20:29 | 03-08-01 | DEPOSIT ITS FUNDS       | 20.00-  | 109.67  |
| 000066  | 19:16 | 03-12-01 | SALE / REGULAR          | 54.30-  | 55.37   |
| 000070  | 19:23 | 03-12-01 | SALE / REGULAR          | 7.00-   | 48.37   |

```
                         **** TRANSACTION TOTAL ****    45.67
```

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 48.37 | .00 | .00 | .00 | 48.37 |