Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301



March 29, 2001

RE: 01-10349-D    USA v. Frantz Lavache
DC DKT NO.: 00-06015 CR-WJZ

TO:  Clarence Maddox

CC:  Frantz Lavache #55141-004

CC:  Roger Powell

CC:  Anne R. Schultz

CC:  Administrative File

CC:  Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

March 29, 2001

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 01-10349-D     USA v. Frantz Lavache
DC DKT NO.: 00-06015 CR-WJZ

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued in lieu of the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Sheran Taylor (404) 335-6183

Encl.

DIS-4 (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR 2 9 2001

THOMAS K. KAHN
CLERK

NO. 01-10349-D

00-6015-cr-WJZ

UNITED STATES OF AMERICA,

                        Plaintiff-Appellee,

versus

FRANTZ LAVACHE,

                        Defendant-Appellant.

Appeal from the United States District Court for the
Southern District of Florida

Before    **DUBINA, CARNES and MARCUS, Circuit Judges.**

BY THE COURT:

This appeal is DISMISSED for lack of jurisdiction. The appellant's notice of appeal is untimely because he did not file it within ten days of the entry of the judgment on July 11, 2000, nor did he file it within the time to seek an extension of the appeal period based upon excusable neglect or good cause. See Fed.R.App.P. 4(b)(1)(A)(i), 4(b)(4) & 4(c)(1); Houston v. Lack, 487 U.S. 266, 276, 108 S.Ct. 2379, 2385, 101 L.Ed.2d 245 (1988); United States v. Ward, 696 F.2d 1315, 1317-18 (11th Cir.), cert. denied, 461 U.S. 934 (1983).

A True Copy
Attest:
Clerk U.S. ... Circuit
By: _____
Deputy Clerk, Atlanta, GA