UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS
Eleventh Judicial Circuit
56 Forsyth Street
Atlanta, Georgia    30303

Date: June 1, 2001
USDC # 00-6015-CR-WJZ
USCA # 01-11281-DD

IN RE: **USA v. Lavache**

===================================================================

### Certificate of Readiness and Transmittal of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for
the Southern District of Florida hereby certifies that, as shown on
the enclosed index, the record is complete for purposes of this
appeal.   The record (including the transcripts or parts thereof
designated for inclusion and all necessary exhibits) consists of:

      1   Volume of Pleadings
      1   Volume of Transcripts

   X   Exhibits:

      1   PSI (sealed)


Judge The Honorable William J. Zloch


                                         Sincerely,

                      Clarence Maddox, Court Administrator/Clerk


                  By: _____
                                         Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
      Signature

_____

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism
for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                              BSS     CLOSED
                                              APPEAL
                    U.S. District Court
           Southern District of Florida (FtLauderdale)

           CRIMINAL DOCKET FOR CASE #: 00-CR-6015-ALL

USA v. Roberson                                     Filed: 01/13/00

Other Dkt # 0:00-m -04002
Other Dkt # 0:00-m -04001

Case Assigned to: Judge William J. Zloch

DONALD T. ROBERSON (1) , DOB:      Patrick Michael Hunt
8/21/66 Prisoner # 55140-004         [term  01/11/01]
     defendant                     FTS 356-7556
  [term  01/11/01]                 [COR LD NTC pda]
                                   Public Defender
                                     [term  01/11/01]
                                   FTS 356-7556
                                   [COR LD NTC pda]
                                   Bernardo Lopez
                                   FTS 356-7556
                                   [COR LD NTC pda]
                                   Federal Public Defender's
                                   Office
                                   1 E Broward Boulevard
                                   Suite 1100
                                   Fort Lauderdale, FL 33301
                                   954-356-7436

                                   Richard Paul Castillo
                                     [term  01/11/01]
                                   954-522-3500
                                   [COR LD NTC ret]
                                   440 S Andrews Avenue
                                   Fort Lauderdale, FL 33301


Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY             Imprisoned for a total term of
DISTRIBUTE CONTRL SUBST            240 months.  Supervised
(1)                                Release for a term of 3 years.
                                   Assessment of $ 100
                                   (1)


Offense Level (opening): 4
```



```
Docket as of May 31, 2001 3:39 pm              Page 1
```

Proceedings include all events.                                    BSS
0:00cr6015-ALL USA v. Roberson                            CLOSED APPEAL

Terminated Counts:                        Disposition

21:841A=CD.F CONTROLLED SUBST    Dismissed on the motion of the
SELL/DISTR/DISPENSE              United States.
(2)                             (2)

21:841A=CD.F CONTROLLED SUBST    Dismissed on the motion of the
SELL/DISTR/DISPENSE              United States.
(4)                             (4)

21:841A=CD.F CONTROLLED SUBST    Dismissed on the motion of the
SELL/DISTR/DISPENSE              United States.
(5)                             (5)

21:841A=CD.F CONTROLLED SUBST    Dismissed on the motion of the
SELL/DISTR/DISPENSE              United States.
(6)                             (6)

21:841A=CD.F CONTROLLED SUBST    Dismissed on the motion of the
SELL/DISTR/DISPENSE              United States.
(7)                             (7)

21:841A=CD.F CONTROLLED SUBST    Dismissed on the motion of the
SELL/DISTR/DISPENSE              United States.
(8)                             (8)

Offense Level (disposition): 4

Complaints                        Disposition

Conspire to possess with
intent to distribute cocaine
and    possess with intent to
distribute cocaine, 21:846,
841(a)(1)
[ 0:00-m -4001 ]

=======================

Proceedings include all events.                                BSS
0:00cr6015-ALL USA v. Roberson                          CLOSED APPEAL

Case Assigned to:  Judge William J. Zloch

FRANTZ LAVACHE (2) , DOB:           Scott William Sakin
12/22/74 Prisoner # 55141-004        [term  01/28/00]
     defendant                      FTS 325-0331
  [term  07/10/00]                  305-545-0007
                                    [COR LD NTC cja]
                                    1411 NW North River Drive
                                    Miami, FL 33125

                                    Ramona Leigh Tolley
                                     [term  07/10/00]
                                    [COR LD NTC ret]
                                    Gilman & Associates
                                    524 S Andrews Avenue
                                    Suite 303N
                                    Fort Lauderdale, FL 33301
                                    954-763-3453


Pending Counts:                          Disposition

21:846=CD.F CONSPIRACY              Imprisoned for a total term of
DISTRIBUTE CONTRL SUBST             87 months.  Supervised
(1)                                 Release for a term of 3 years.
                                    Assessment of $ 100
                                    (1)


Offense Level (opening): 4


Terminated Counts:                       Disposition

21:841A=CD.F CONTROLLED SUBST       Dismissed on the motion of the
SELL/DISTR/DISPENSE                 United States
(8)                                 (8)


Offense Level (disposition): 4



Complaints                               Disposition

Conspire to possess with
intent to distribute cocaine
and    possess with intent to
distribute cocaine, 21:846,
841(a)(1)
[ 0:00-m -4001 ]


Docket as of May 31, 2001 3:39 pm                  Page 3

==========================

Case Assigned to:  Judge William J. Zloch

JOSEPH SAMUELS (3) , DOB:           Philip Robert Horowitz
11/9/71 Prisoner # 55139-004         [term  08/25/00]
     defendant                      FTS 232-1963
 [term  08/25/00]                   [COR LD NTC cja]
                                    Philip R. Horowitz
                                    12651 South Dixie Highway
                                    Suite 328, Southpark Centre
                                    Miami, FL 33156
                                    305-232-1949

Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY              Imprisoned for a total term of
DISTRIBUTE CONTRL SUBST             135 months.  Supervised
(1)                                 Release for a term of five
                                    years.  Assessment of $ 100 and
                                    fined $ 5,000
                                    (1)

Offense Level (opening): 4

Terminated Counts:                      Disposition

21:841A=CD.F CONTROLLED SUBST       Dismissed on the motion of the
SELL/DISTR/DISPENSE                 United States.
(3)                                 (3)

21:841A=CD.F CONTROLLED SUBST       Dismissed on the motion of the
SELL/DISTR/DISPENSE                 United States.
(5)                                 (5)

21:841A=CD.F CONTROLLED SUBST       Dismissed on the motion of the
SELL/DISTR/DISPENSE                 United States.
(8)                                 (8)

Offense Level (disposition): 4

```
Proceedings include all events.                              BSS
0:00cr6015-ALL USA v. Roberson                       CLOSED APPEAL
```

Complaints                        Disposition

```
Possess with intent to
distribute cocaine, 21 USC
841(a)(1)  [ 0:00-m -4002 ]
```

Proceedings include all events.                                    BSS
0:00cr6015-ALL USA v. Roberson                             CLOSED APPEAL

DONALD T. ROBERSON, DOB: 8/21/66 Prisoner # 55140-004

              defendant


=========================

FRANTZ LAVACHE, DOB: 12/22/74 Prisoner # 55141-004

              defendant


=========================

JOSEPH SAMUELS, DOB: 11/9/71 Prisoner # 55139-004

              defendant


=========================

USA

              plaintiff


U. S. Attorneys:

  Roger Powell
  FTS 356-7336
  954-356-7255X3592
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7392

  PTS Officer
  FTS 769-5669
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 769-5566
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard

Proceedings include all events.
0:00cr6015-ALL USA v. Roberson

Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500

```
Proceedings include all events.                                    BSS
0:00cr6015-ALL USA v. Roberson                              CLOSED APPEAL
```

```
1/3/00    --      ARREST of Joseph Samuels
                  [ 0:00-m -4002 ] (pb) [Entry date 01/05/00]

1/3/00    --      ARREST of Donald T. Roberson, Frantz Lavache
                  [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/4/00    1       REPORT Commencing Criminal Action as to Donald T. Roberson
                  DOB: 8/21/66   Prisoner # 55140-004
                  [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/4/00    1       REPORT Commencing Criminal Action as to Joseph Samuels
                  DOB: 11/9/71   Prisoner # 55139-004
                  [ 0:00-m -4002 ] (pb) [Entry date 01/05/00]

1/4/00    2       REPORT Commencing Criminal Action as to Frantz Lavache
                  DOB: 12/22/74   Prisoner # 55141-004
                  [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/4/00    2       COMPLAINT as to Joseph Samuels
                  [ 0:00-m -4002 ] (pb) [Entry date 01/05/00]

1/4/00    3       Minute of initial on complaint held on 1/4/00  before Ch.
                  Magistrate Judge Lurana S. Snow  as to Joseph Samuels ;
                  Tape #: 00-001
                  [ 0:00-m -4002 ] (pb) [Entry date 01/05/00]

1/4/00    3       COMPLAINT as to Donald T. Roberson, Frantz Lavache
                  [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/4/00    4       ORDER on Initial Appearance as to Joseph Samuels Pretrial
                  Detention Requested . Detention hearing set for 11:00
                  1/11/00 ; Preliminary examination set for 11:00 1/14/00 s ;
                  before Ch. Magistrate Judge Lurana S. Snow, ,   ( Signed
                  by Ch. Magistrate Judge Lurana S. Snow on 1/4/00) Tape #
                  00-001 CCAP
                  [ 0:00-m -4002 ] (pb) [Entry date 01/05/00]

1/4/00    4       Minute of initial on complaint held on 1/4/00  before Ch.
                  Magistrate Judge Lurana S. Snow  as to Donald T. Roberson ;
                  Tape #: 00-001
                  [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/4/00    5       Minute of initial on complaint held on 1/4/00  before Ch.
                  Magistrate Judge Lurana S. Snow  as to Frantz Lavache ;
                  Tape #: 00-001
                  [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]
```

Proceedings include all events.                         BSS
0:00cr6015-ALL USA v. Roberson                   CLOSED APPEAL

1/4/00   6      ORDER on Initial Appearance as to Donald T. Roberson
                 Pretrial Detention Requested , for Appointment of Public
                 Defender Detention hearing set for 10:00 1/7/00 ;
                 Preliminary examination set for 11:00 1/14/00 before Ch.
                 Magistrate Judge Lurana S. Snow, , ( Signed by Ch.
                 Magistrate Judge Lurana S. Snow on 1/4/00) Tape # 00-001
                 CCAP
                 [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/4/00   7      ORDER on Initial Appearance as to Frantz Lavache Pretrial
                 Detention Requested. Detention hearing set for 10:00 1/7/00
                 ; Preliminary examination set for 11:00 1/14/00 ; before
                 Ch. Magistrate Judge Lurana S. Snow, , ( Signed by Ch.
                 Magistrate Judge Lurana S. Snow on 1/4/00) Tape # 00-001
                 CCAP
                 [ 0:00-m -4001 ] (pb) [Entry date 01/05/00]

1/5/00   5      CJA 20 as to Joseph Samuels : Appointment of Attorney
                 Philip Robert Horowitz. Voucher # FLS 001363 ( Signed by
                 Ch. Magistrate Judge Lurana S. Snow on 1/5/00)
                 [ 0:00-m -4002 ] (pb) [Entry date 01/05/00]

1/5/00   8      NOTICE of Assignment of Assistant Public Defender for
                 Donald T. Roberson . Terminated attorney Public Defender
                 for Donald T. Roberson AFPD Patrick Michael Hunt assigned.
                 [ 0:00-m -4001 ] (pb) [Entry date 01/06/00]

1/5/00   9      DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                 Donald T. Roberson
                 [ 0:00-m -4001 ] (pb) [Entry date 01/06/00]

1/7/00   6      MEMORANDUM in support of Pretrial Detention by USA as to
                 Joseph Samuels
                 [ 0:00-m -4002 ] (pb) [Entry date 01/11/00]

1/7/00  10     CJA 20 as to Frantz Lavache : Appointment of Attorney Scott
                 William Sakin ( Signed by Ch. Magistrate Judge Lurana S.
                 Snow on 1/6/00)
                 [ 0:00-m -4001 ] (pb) [Entry date 01/10/00]

1/7/00  11     Minute of PTD hearing held on 1/7/00 before Ch. Magistrate
                 Judge Lurana S. Snow as to Donald T. Roberson ; PTD
                 ordered Tape #: 00-001/002
                 [ 0:00-m -4001 ] (pb) [Entry date 01/10/00]

1/7/00  --     Detention hearing as to Donald T. Roberson, Frantz Lavache
                 held
                 [ 0:00-m -4001 ] (pb) [Entry date 01/10/00]

1/7/00  12     Minute of PTD hearing held on 1/7/00 before Ch. Magistrate
                 Judge Lurana S. Snow as to Frantz Lavache ; Detention
                 ordered Tape #: 00-001/002
                 [ 0:00-m -4001 ] (pb) [Entry date 01/10/00]

Proceedings include all events.                                    BSS
0:00cr6015-ALL USA v. Roberson                              CLOSED APPEAL

1/7/00     13     MEMORANDUM IN SUPPORT OF PTD as to Donald T. Roberson,
                  Frantz Lavache ( Signed by Ch. Magistrate Judge Lurana S.
                  Snow on 1/7/00) CCAP [EOD Date: 1/10/00] CCAP
                  [ 0:00-m -4001 ] (pb) [Entry date 01/10/00]

1/7/00     14     ORDER as to Donald T. Roberson  Terminating Appointment of
                  Counsel attorney Patrick Michael Hunt for Donald T.
                  Roberson, attorney Public Defender for Donald T. Roberson (
                  Signed by Ch. Magistrate Judge Lurana S. Snow on 1/7/00)
                  CCAP [EOD Date: 1/10/00]
                  [ 0:00-m -4001 ] (pb) [Entry date 01/10/00]

1/7/00     15     NOTICE of Appearance for Frantz Lavache by Attorney Ramona
                  Leigh Tolley
                  [ 0:00-m -4001 ] (pb) [Entry date 01/10/00]

1/7/00     16     NOTICE of Appearance for Donald T. Roberson by Attorney
                  Richard Paul Castillo
                  [ 0:00-m -4001 ] (pb) [Entry date 01/10/00]

1/11/00    7      Minute of pretrial detention hearing held on 1/11/00
                  before Ch. Magistrate Judge Lurana S. Snow  as to Joseph
                  Samuels ; Stipulated bond set in the amount of $250,000
                  corporate surety with a Nebbia. Government reserves the
                  right to request PTD should defendant seek to post or
                  reduce the bond. Tape #: 00-003
                  [ 0:00-m -4002 ] (pb) [Entry date 01/11/00]

1/11/00    --     Stipulated bond hearing as to Joseph Samuels held
                  [ 0:00-m -4002 ] (pb) [Entry date 01/11/00]

1/13/00    17     ORDER OF DETENTION as to Donald T. Roberson ( Signed by Ch.
                  Magistrate Judge Lurana S. Snow on 1/13/00)  CCAP
                  [ 0:00-m -4001 ] (pb) [Entry date 01/18/00]

1/13/00    18     ORDER OF DETENTION as to Frantz Lavache ( Signed by Ch.
                  Magistrate Judge Lurana S. Snow on 1/13/00)  CCAP
                  [ 0:00-m -4001 ] (pb) [Entry date 01/18/00] B&G. Vol. 1    .

1/13/00    19     INDICTMENT as to Donald T. Roberson (1) count(s) 1, 2, 4,
                  5, 6, 7, 8, Frantz Lavache (2) count(s) 1, 8, Joseph
                  Samuels (3) count(s) 1, 3, 5, 8 (Criminal Category 2)
                  (Preliminary Examination cancelled.) (pb)
                  [Entry date 01/18/00]

1/13/00    --     Magistrate identification:  Magistrate Judge Barry S.
                  Seltzer (pb) [Entry date 01/18/00]

1/14/00    20     REQUEST FOR DISCOVERY AND INSPECTION  by Donald T. Roberson
                  (lh) [Entry date 01/18/00]

1/14/00    21     REQUEST FOR DISCOVERY AND INSPECTION  by Frantz Lavache (lh)
                  [Entry date 01/18/00]

Proceedings include all events.                                              BSS
0:00cr6015-ALL USA v. Roberson          Vol. 1 Cont.              CLOSED APPEAL

1/14/00  (22)   ORDER SETTING STATUS CONFERENCE as to Donald T. Roberson,
                Frantz Lavache, Joseph Samuels   Status conference set for
                11:00 1/28/00 for Donald T. Roberson, for Frantz Lavache,
                for Joseph Samuels   before Magistrate Barry S. Seltzer (
                Signed by Ch. Magistrate Judge Lurana S. Snow on 1/14/2000)
                CCAP [EOD Date: 1/18/00]   CCAP (lh) [Entry date 01/18/00]

1/14/00  (23)   STANDING DISCOVERY ORDER as to Donald T. Roberson, Frantz
                Lavache, Joseph Samuels   all motions concerning matters
                not covered by this order must be filed within 28 days of
                this order ( Signed by Ch. Magistrate Judge Lurana S. Snow
                on 1/14/2000)  CCAP (lh) [Entry date 01/18/00]

1/14/00  24     Minute of Arraignment held on 1/14/00  before Ch.
                Magistrate Judge Lurana S. Snow as to Donald T. Roberson ;
                 Court Reporter Name or Tape #: 00-004 129-203 (lh)
                [Entry date 01/18/00]

1/14/00  (25)   Minute of Arraignment held on 1/14/00  before Ch.
                Magistrate Judge Lurana S. Snow  as to Frantz Lavache ;
                Court Reporter Name or Tape #: 00-004 129-203 (lh)
                [Entry date 01/18/00]

1/14/00  26     Minute of Arraignment held on 1/14/00  before Ch.
                Magistrate Judge Lurana S. Snow  as to Joseph Samuels ;
                Court Reporter Name or Tape #: 00-004 129-203 (lh)
                [Entry date 01/18/00]

1/14/00  27     ARRAIGNMENT INFORMATION SHEET for Donald T. Roberson (1)
                count(s) 1, 2, 4, 5, 6, 7, 8   NOT GUILTY PLEA ENTERED as
                to all counts. Court accepts plea. (lh)
                [Entry date 01/19/00]

1/14/00  (28)   ARRAIGNMENT INFORMATION SHEET for Frantz Lavache (2)
                count(s) 1, 8   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (lh) [Entry date 01/19/00]

1/14/00  29     ARRAIGNMENT INFORMATION SHEET for Joseph Samuels (3)
                count(s) 1, 3, 5, 8   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (lh) [Entry date 01/19/00]

1/26/00  (30)   NOTICE of Hearing as to Donald T. Roberson, Frantz Lavache,
                Joseph Samuels :   set calendar call for 9:00 2/25/00 for
                Donald T. Roberson, for Frantz Lavache, for Joseph Samuels
                before Judge William J. Zloch,  set Jury trial for
                2/28/00 for Donald T. Roberson, for Frantz Lavache, for
                Joseph Samuels (lh) [Entry date 01/27/00]

1/26/00  (31)   ORDER RE: Trial Instructions as to Donald T. Roberson,
                Frantz Lavache, Joseph Samuels  ( Signed by Judge William
                J. Zloch on 1/26/2000) CCAP [EOD Date: 1/27/00]   CCAP (lh)
                [Entry date 01/27/00]

Proceedings include all events.                                              BSS
0:00cr6015-ALL USA v. Roberson          Vol. 1 cont.         CLOSED APPEAL

1/28/00  32    RESPONSE to Standing Discovery Order by USA  as to Donald
               T. Roberson, Frantz Lavache, Joseph Samuels (lh)
               [Entry date 02/02/00]

1/28/00  33    ORDER as to Frantz Lavache for Scott W. Sakin to withdraw
               as attorney (Terminated: attorney Scott William Sakin for
               Frantz Lavache ( Signed by Ch. Magistrate Judge Lurana S.
               Snow on 1/27/00) CCAP [EOD Date: 2/2/00] CCAP (lh)
               [Entry date 02/02/00]

1/28/00  34    Minute of status conference held on 1/28/00  before
               Magistrate Barry S. Seltzer  as to Joseph Samuels ;  Court
               Reporter Name or Tape #: 00-010 pg# 5 (lh)
               [Entry date 02/02/00]

1/28/00  --    Status conference as to Joseph Samuels  held (lh)
               [Entry date 02/02/00]

1/28/00  35    Minute of status conference & discovery motion hearing held
               on 1/28/00 before Magistrate Barry S. Seltzer  as to Frantz
               Lavache ; Court Reporter Name or Tape #: 00-010 pg# 4 (lh)
               [Entry date 02/02/00]

1/28/00  --    Status conference as to Frantz Lavache  held (lh)
               [Entry date 02/02/00]

1/28/00  36    Minute of status conference held on 1/28/00  before
               Magistrate Barry S. Seltzer  as to Donald T. Roberson ;
               Court Reporter Name or Tape #: 00-010 pg# 3 (lh)
               [Entry date 02/02/00]

1/28/00  --    Status conference as to Donald T. Roberson  held (lh)
               [Entry date 02/02/00]

1/28/00  37    NOTICE of Withdrawal of motion/request for discovery and
               inspection by Frantz Lavache (lh) [Entry date 02/02/00]

1/28/00  38    NOTICE of withdrawal of motion/request for discovery and
               inspection by Donald T. Roberson (lh) [Entry date 02/02/00]

1/28/00  39    STATUS REPORT ORDER as to Joseph Samuels  . ( Signed by
               Magistrate Barry S. Seltzer on 1/28/00) CCAP [EOD Date:
               2/2/00] CCAP (lh) [Entry date 02/02/00]

1/28/00  40    STATUS REPORT ORDER as to Frantz Lavache  . ( Signed by
               Magistrate Barry S. Seltzer on 1/28/00) CCAP [EOD Date:
               2/2/00]  CCAP (lh) [Entry date 02/02/00]

1/28/00  41    STATUS REPORT ORDER as to Donald T. Roberson  . ( Signed by
               Magistrate Barry S. Seltzer on 1/28/00) CCAP [EOD Date:
               2/2/00]  CCAP (lh) [Entry date 02/02/00]

Proceedings include all events.                                              BSS
0:00cr6015-ALL USA v. Roberson        Vol. 1 cont.          CLOSED APPEAL

1/28/00  (42)   ORDER as to Frantz Lavache  striking [21-1] discovery and
                inspection requested ( Signed by Magistrate Barry S.
                Seltzer on 1/28/00) CCAP [EOD Date: 2/2/00] CCAP※ (1h)
                [Entry date 02/02/00]

2/1/00   43     ORDER ON WITHDRAWAL OF MOTION REQUESTING DISCOVERY as to
                Donald T. Roberson (Signed by Magistrate Barry S. Seltzer
                on 1/31/00) CCAP [EOD Date: 2/3/00] CCAP※ (mh)
                [Entry date 02/03/00]

2/1/00   (44)   ORDER as to Donald T. Roberson, Frantz Lavache, Joseph
                Samuels to insure an orderly discovery process ( Signed
                by Judge William J. Zloch on 2/1/00) CCAP [EOD Date:
                2/3/00] CCAP※ (1h) [Entry date 02/03/00]

2/3/00   45     MOTION by Donald T. Roberson to continue calendar call (1h)
                [Entry date 02/04/00]

2/9/00   (46)   SECOND SUPPLEMENT by USA as to Donald T. Roberson, Frantz
                Lavache, Joseph Samuels  to: [32-1] order response (1h)
                [Entry date 02/10/00]

2/10/00  (47)   MOTION by Frantz Lavache to continue trial (1h)
                [Entry date 02/11/00]

2/11/00  (48)   THIRD SUPPLEMENT by USA as to Donald T. Roberson, Frantz
                Lavache, Joseph Samuels  to: [32-1] order response (1h)
                [Entry date 02/15/00]

2/22/00  (49)   Speedy Trial Report by USA  as to Donald T. Roberson,
                Frantz Lavache, Joseph Samuels (1h) [Entry date 02/23/00]

2/25/00  (50)   Minute of calendar call held on 2/25/00  before Judge
                William J. Zloch as to Donald T. Roberson, Frantz Lavache,
                Joseph Samuels ;  Court Reporter Name or Tape #: Carl
                Schanzleh (1h) [Entry date 02/28/00]

2/29/00  (51)   ORDER as to Donald T. Roberson, Frantz Lavache, Joseph
                Samuels  granting [47-1] motion to continue trial as to
                Frantz Lavache (2), granting [45-1] motion to continue
                calendar call as to Donald T. Roberson (1) terminated
                deadlines,  reset Jury trial for 9:30 3/27/00 for Donald
                T. Roberson, for Frantz Lavache, for Joseph Samuels,  set
                calendar call for 9:00 3/24/00 for Donald T. Roberson, for
                Frantz Lavache, for Joseph Samuels, to Continue in
                Interest of Justice ( Signed by Judge William J. Zloch on
                2/29/00) CCAP [EOD Date: 3/1/00] CCAP※ (1h)
                [Entry date 03/01/00]

3/7/00   (52)   NOTICE of Hearing as to Donald T. Roberson, Frantz Lavache,
                Joseph Samuels :  reset calendar call for 9:00 3/27/00 for
                Donald T. Roberson, for Frantz Lavache, for Joseph Samuels
                (1h) [Entry date 03/08/00]

Docket as of May 31, 2001 3:39 pm              Page 13

Proceedings include all events.                                              BSS
0:00cr6015-ALL USA v. Roberson          Vol. 1 Cont.              CLOSED APPEAL

3/23/00  53      Speedy Trial Report by USA  as to Donald T. Roberson,
                 Frantz Lavache, Joseph Samuels (1h) [Entry date 03/24/00]

3/28/00  54      Minute of calendar call held on 3/27/00  before Judge
                 William J. Zloch as to Donald T. Roberson, Frantz Lavache,
                 Joseph Samuels ;   Court Reporter Name or Tape #: Carl
                 Schanzleh (1h)  [Entry date 03/30/00]

3/29/00  55      NOTICE of Hearing as to Donald T. Roberson, Frantz Lavache
                 :  set Change of Plea Hearing for 10:15 4/3/00 for Donald
                 T. Roberson, for Frantz Lavache (1h) [Entry date 03/30/00]

4/3/00   56      NOTICE of Hearing as to Donald T. Roberson, Frantz Lavache
                 :  reset Change of Plea Hearing for 9:30 4/17/00 for
                 Donald T. Roberson, for Frantz Lavache (1h)
                 [Entry date 04/04/00]

4/6/00   57      NOTICE of Hearing as to Joseph Samuels :   setting Change
                 of Plea Hearing for 2:00 4/24/00 for Joseph Samuels (1h)
                 [Entry date 04/07/00]

4/17/00  58      Minute of change of plea held on 4/17/00  before Judge
                 William J. Zloch as to Donald T. Roberson ; GUILTY: Donald
                 T. Roberson (1) count(s) 1  Court Reporter Name or Tape #:
                 Carl Schanzleh (dp) [Entry date 04/18/00]

4/17/00  59      Plea Agreement as to Donald T. Roberson (dp)
                 [Entry date 04/18/00]

4/17/00  60      NOTICE of Hearing as to Donald T. Roberson :  set
                 Sentencing for 9:30 6/30/00 for Donald T. Roberson    before
                 Judge William J. Zloch (dp) [Entry date 04/18/00]

4/17/00  61      Minute of change of p;lea held on 4/17/00  before Judge
                 William J. Zloch as to Frantz Lavache ; GUILTY: Frantz
                 Lavache (2) count(s) 1  Court Reporter Name or Tape #:
                 Carl Schanzleh (dp) [Entry date 04/18/00]

4/17/00  62      Plea Agreement as to Frantz Lavache (dp)
                 [Entry date 04/18/00]

4/17/00  63      NOTICE of Hearing as to Frantz Lavache :  setting
                 Sentencing for 10:00 6/30/00 for Frantz Lavache    before
                 Judge William J. Zloch (dp) [Entry date 04/18/00]

4/24/00  64      Plea Agreement as to Joseph Samuels (1h)
                 [Entry date 04/25/00]

4/24/00  65      Minute of change of plea hearing held on 4/24/00  before
                 Judge William J. Zloch as to Joseph Samuels ; GUILTY:
                 Joseph Samuels (3) count(s) 1  Court Reporter Name or Tape
                 #: Carl Schanzleh (1h) [Entry date 04/25/00]

| | | |
|---|---|---|
| 4/24/00 | 66 | NOTICE of Hearing as to Joseph Samuels :  setting Sentencing for 1:30 7/14/00 for Joseph Samuels (lh) [Entry date 04/25/00] |
| 6/9/00 | 67 | OBJECTION by Donald T. Roberson  to Presentence Investigation Report with incorporated memorandum of law (lh) [Entry date 06/12/00] |
| 6/15/00 | 68 | MOTION by Donald T. Roberson to seal (lh) [Entry date 10/10/00] |
| 6/15/00 | 69 | AGREED UPON MOTION by Donald T. Roberson to continue sentencing under seal (lh) [Entry date 10/10/00] |
| 6/23/00 | 70 | SEALED ORDER as to Donald T. Roberson granting [69-1] motion to continue sentencing under seal as to Donald T. Roberson (1) ( Signed by Judge William J. Zloch on 6/23/00) CCAP [EOD Date: 10/10/00] CCAP※ (lh) [Entry date 10/10/00] |
| 6/30/00 | (71) | Minutes of sentencing held on 6/30/00  before Judge William J. Zloch as to Frantz Lavache ;  Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 07/03/00] |
| 6/30/00 | -- | Sentencing  held Frantz Lavache (2) count(s) 1 (lh) [Entry date 07/11/00] |
| 7/7/00 | 73 | MOTION by Joseph Samuels to continue sentencing (lh) [Entry date 02/20/01] |
| 7/10/00 | (72) | JUDGMENT as to  Frantz Lavache (2) count(s) 1.  Imprisoned for a total term of 87 months.  Supervised Release for a term of 3 years. Assessment of $ 100 , Frantz Lavache (2) count(s) 8.  Dismissed on the motion of the United States ( Signed by Judge William J. Zloch on 7/10/00) CCAP [EOD Date: 7/11/00]  CCAP (lh) [Entry date 07/11/00] |
| 7/14/00 | 74 | ORDER as to Joseph Samuels  granting [73-1] motion to continue sentencing as to Joseph Samuels (3) ( Signed by Judge William J. Zloch on 7/14/00) CCAP [EOD Date: 2/20/01] CCAP※ (lh) [Entry date 02/20/01] |
| 8/22/00 | 75 | OBJECTION by Joseph Samuels  to Presentence Investigation Report (lh) [Entry date 08/23/00] |
| 8/22/00 | 76 | AMENDMENT by Donald T. Roberson  to: [67-1] objection to pre-sentence investigation report with incorporated memorandum of law (lh) [Entry date 08/23/00] |
| 8/25/00 | 77 | Minutes of sentencing held on 8/25/00  before Judge William J. Zloch as to Donald T. Roberson ;  Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 08/28/00] |

Proceedings include all events.                                              BSS
0:00cr6015-ALL USA v. Roberson        Vol. 1 Cont.              CLOSED APPEAL

| Date | No. | |
|---|---|---|
| 8/25/00 | 78 | Minutes of sentencing held on 8/25/00 before Judge William J. Zloch as to Joseph Samuels ; Court Reporter Name or Tape #: Carl Schanzleh (1h) [Entry date 08/28/00] |
| 8/25/00 | -- | Sentencing held Joseph Samuels (3) count(s) 1 (1h) [Entry date 08/28/00] |
| 8/25/00 | 79 | JUDGMENT as to Joseph Samuels (3) count(s) 1. Imprisoned for a total term of 135 months. Supervised Release for a term of five years. Assessment of $ 100 and fined $ 5,000 , Joseph Samuels (3) count(s) 3, 5 , 8 . Dismissed on the motion of the United States. ( Signed by Judge William J. Zloch on 8/25/00) CCAP [EOD Date: 8/28/00] CCAP (1h) [Entry date 08/28/00] |
| 9/7/00 | 80 | NOTICE of Hearing as to Donald T. Roberson : setting Sentencing for 10:15 9/13/00 for Donald T. Roberson (1h) [Entry date 09/08/00] |
| 9/12/00 | 81 | Minutes of sentencing held on 9/12/00 before Judge William J. Zloch as to Donald T. Roberson ; Court Reporter Name or Tape #: Carl Schanzleh (1h) [Entry date 09/13/00] |
| 9/18/00 | 82 | TRANSCRIPT filed as to Donald T. Roberson, Frantz Lavache of pleas held 4/17/00 before Judge Zloch Pages: 51 (1h) [Entry date 09/19/00] Vol. 2 |
| 9/18/00 | 83 | TRANSCRIPT filed as to Donald T. Roberson of sentencing held 8/25/00 before Judge Zloch Pages: 20 (1h) [Entry date 09/19/00] |
| 9/19/00 | 84 | NOTICE of Supplemental Authority in support of previously filed apprendi objections by Donald T. Roberson (1h) [Entry date 09/20/00] |
| 9/27/00 | 85 | Judgment Returned Executed as to Joseph Samuels on 9/19/00 at BOP -FCI Miami, Florida (1h) [Entry date 09/27/00] |
| 10/10/00 | 86 | NOTICE of Supplemental Authority in support of previously filed Apprendi Objections by Donald T. Roberson (1h) [Entry date 10/11/00] |
| 12/14/00 | 87 | NOTICE of Hearing as to Donald T. Roberson : setting Sentencing for 11:00 1/11/01 for Donald T. Roberson (1h) [Entry date 12/15/00] |
| 1/3/01 | 88 | NOTICE OF SUPPLEMENTAL AUTHORITY in support of previously filed Apprendi Objections by Donald T. Roberson (ss) [Entry date 01/05/01] |
| 1/11/01 | 89 | Minutes of sentencing held on 1/11/01 before Judge William J. Zloch as to Donald T. Roberson ; Court Reporter Name or Tape #: Carl Schanzleh (1h) [Entry date 01/12/01] |

Docket as of May 31, 2001 3:39 pm              Page 16

Proceedings include all events.                                          BSS
0:00cr6015-ALL USA v. Roberson          Vol. 1 Cont.         CLOSED APPEAL

1/11/01  --      Sentencing held Donald T. Roberson (1) count(s) 1 (lh)
                 [Entry date 01/12/01]

1/11/01  90      JUDGMENT as to Donald T. Roberson (1) count(s) 1.
                 Imprisoned for a total term of 240 months. Supervised
                 Release for a term of 3 years. Assessment of $ 100 ,
                 Donald T. Roberson (1) count(s) 2, 4 , 5 , 6 , 7 , 8 .
                 Dismissed on the motion of the United States. ( Signed by
                 Judge William J. Zloch on 1/11/01) CCAP [EOD Date: 1/12/01]
                 CCAP (lh) [Entry date 01/12/01]

1/17/01  (91)    MOTION by Frantz Lavache to proceed in forma pauperis on
                 appeal, andfor appointment of counsel (gf)
                 [Entry date 01/17/01]

1/17/01  (92)    AFFIDAVIT in support of by Frantz Lavache  Re: [91-1]
                 motion to proceed in forma pauperis on appeal, [91-2]
                 motion for appointment of counsel (gf) [Entry date 01/17/01]

1/17/01  (93)    NOTICE OF APPEAL by Frantz Lavache re: [72-1] judgment
                 order .  EOD Date: 7/11/00; Frantz Lavache (2) count(s) 1;
                 Filing Fee: $ NO FEE PAID - PENDING IFP MOTION; Copies to
                 USCA, AUSA, USM, USPO and Counsel of Record. (gf)
                 [Entry date 01/17/01]

1/17/01  --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Frantz Lavache [93-1] appeal (gf)
                 [Entry date 01/17/01]

1/19/01  94      MOTION by Donald T. Roberson for Richard Castillo to
                 withdraw as attorney, and for Appointment of Public
                 Defender to perfect appeal (lh) [Entry date 01/22/01]

1/19/01  (95)    MOTION by Frantz Lavache to proceed without prepayment of
                 fees and affidavit (lh) [Entry date 01/22/01]

1/19/01  96      NOTICE OF APPEAL by Donald T. Roberson re: [90-1] judgment
                 order .  EOD Date: 01/12/01; Donald T. Roberson (1)
                 count(s) 1;  Filing Fee: $ NO FEE PAID; Copies to USCA,
                 AUSA, USM, USPO and Counsel of Record. (gf)
                 [Entry date 01/22/01]

1/22/01  --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Donald T. Roberson [96-1]
                 appeal (gf) [Entry date 01/22/01]

1/29/01  --      NOTICE of Receipt of Transmittal Letter from USCA as to
                 Frantz Lavache  Re: [93-1] appeal  USCA Number: 01-10349-D
                 (dl) [Entry date 01/30/01]

Proceedings include all events.                                                    BSS
0:00cr6015-ALL USA v. Roberson          Vol. 1 cont.              CLOSED APPEAL

1/30/01   97    NOTICE of Hearing as to Donald T. Roberson : Motion
                hearing set for 11:30 2/27/01 for Donald T. Roberson for
                [94-1] motion for Richard Castillo to withdraw as attorney,
                set for 11:30 2/27/01 for Donald T. Roberson for [94-2]
                motion for Appointment of Public Defender to perfect
                appeal (lh) [Entry date 01/31/01]

2/2/01    --    NOTICE of Receipt of Transmittal Letter from USCA as to
                Donald T. Roberson Re: [96-1] appeal  USCA Number:
                01-10440-D (dl) [Entry date 02/06/01]

2/5/01    98    TRANSCRIPT INFORMATION FORM as to Frantz Lavache  re:
                [93-1] appeal received. (Forwarded to Court Reporter
                Coordinator) (gf) [Entry date 02/06/01]

2/12/01   --    JURISDICTIONAL QUESTION.  USCA Case Number as to Frantz
                Lavache Re: [93-1] appeal USCA NUMBER: 01-10349-D (gf)
                [Entry date 02/12/01]

2/12/01   99    MOTION by Frantz Lavache to Reduce Sentence (lh)
                [Entry date 02/13/01]

2/26/01   100   APPEAL INFORMATION SHEET as to Frantz Lavache re: [93-1]
                appeal ; Transcript ordered. No financial arrangements made
                with Court Reporter. (gf) [Entry date 02/26/01]

2/27/01   101   ORDER as to Frantz Lavache  denying [91-1] motion to
                proceed in forma pauperis on appeal as to Frantz Lavache
                (2), denying [91-2] motion for appointment of counsel as to
                Frantz Lavache (2), denying [99-1] motion to Reduce
                Sentence as to Frantz Lavache (2) ( Signed by Judge William
                J. Zloch on 2/27/01) CCAP [EOD Date: 2/28/01] CCAP (lh)
                [Entry date 02/28/01]

2/27/01   102   NOTICE of Hearing as to Donald T. Roberson : Motion
                hearing reset for 10:30 3/30/01 for Donald T. Roberson for
                [94-1] motion for Richard Castillo to withdraw as attorney
                (lh) [Entry date 02/28/01]

3/7/01    103   NOTICE OF APPEAL by Frantz Lavache re: [101-1] order .  EOD
                Date: 2/28/01; Frantz Lavache (2) count(s) 1;  Filing Fee:
                $ NO FEE PAID; Copies to USCA, AUSA, USM, USPO and Counsel
                of Record. (gf) [Entry date 03/08/01]

3/8/01    --    Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Frantz Lavache [103-1] appeal
                (gf) [Entry date 03/08/01]

3/9/01    104   MOTION by Frantz Lavache for reconsideration of [101-1]
                order (lh) [Entry date 03/12/01]

3/14/01  (105)   ORDER as to Frantz Lavache  denying [104-1] motion for
                 reconsideration of [101-1] order as to Frantz Lavache (2) (
                 Signed by Judge William J. Zloch on 3/14/01) CCAP [EOD
                 Date: 3/15/01] CCAP※ (lh) [Entry date 03/15/01]

3/19/01  --      NOTICE of Receipt of Transmittal Letter from USCA as to
                 Frantz Lavache  Re: [103-1] appeal  USCA Number: 01-11281-D
                 (dl) [Entry date 03/20/01]

3/19/01  (106)   MOTION by Frantz Lavache to proceed in forma pauperis on
                 appeal (gf) [Entry date 03/21/01]

3/19/01  (107)   TRANSCRIPT INFORMATION FORM as to Frantz Lavache  re:
                 [103-1] appeal received. (Forwarded to Court Reporter
                 Coordinator) (gf) [Entry date 03/21/01]

3/27/01  108     PETITION by USA  for Writ of Habeas Corpus ad testificandum
                 as to Donald T. Roberson (lh) [Entry date 03/28/01]

3/28/01  109     WRIT of Habeas Corpus ad Testificandum issued for Donald
                 Roberson for 3/30/01 at 10:30 in caseas to Donald T.
                 Roberson [108-1] petition as to Donald T. Roberson (1)   (
                 Signed by Magistrate Judge Lurana S. Snow on 3/28/01) CCAP
                 [EOD Date: 3/29/01] (lh) [Entry date 03/29/01]

3/29/01  (114)   APPEAL INFORMATION SHEET as to Frantz Lavache re: [103-1]
                 appeal ; Transcript ordered. No financial arrangements made
                 with Court Reporter. (gf) [Entry date 04/04/01]

3/30/01  (110)   ORDER as to Frantz Lavache denying [106-1] motion to
                 proceed in forma pauperis on appeal as to Frantz Lavache
                 (2) ( Signed by Judge William J. Zloch on 3/30/01) CCAP
                 [EOD Date: 4/2/01] CCAP※ (lh) [Entry date 04/02/01]

3/30/01  111     Minutes of motion hearing held on 3/30/01  before Judge
                 William J. Zloch as to Donald T. Roberson ;  Court Reporter
                 Name or Tape #: Carl Schanzleh (lh) [Entry date 04/02/01]

4/2/01   112     ORDER as to Donald T. Roberson  granting [94-1] motion for
                 Richard Castillo to withdraw as attorney (Terminated:
                 attorney Richard Paul Castillo for Donald T. Roberson as to
                 Donald T. Roberson (1), granting [94-2] motion for
                 Appointment of Public Defender to perfect appeal as to
                 Donald T. Roberson (1) for Appointment of Public Defender
                 ( Signed by Judge William J. Zloch on 4/2/01) CCAP [EOD
                 Date: 4/3/01] CCAP※ (lh) [Entry date 04/03/01]

4/2/01   --      USCA appeal fees received as to Frantz Lavache  Re: [103-1]
                 appeal   Filing Fee $ 105.00 Receipt $ 521976 (gf)
                 [Entry date 04/04/01]

4/2/01   (116)   ORDER of dismissal from USCA (certified copy) by Frantz
                 Lavache dismissing [93-1] appeal for lack of jurisdiction.
                 USCA #: 01-10349-D USCA Order Date: 3/29/01 (gf)

[Entry date 04/16/01]

4/3/01    113    ORDER Appointing Federal Public Defender for Donald T.
                 Roberson  ( Signed by Magistrate Barry S. Seltzer on
                 4/3/01) CCAP [EOD Date: 4/4/01]  CCAP (lh)
                 [Entry date 04/04/01]

4/12/01   115    NOTICE of Assignment of Assistant Public Defender for
                 Donald T. Roberson . Terminated  AFPD Bernardo Lopez
                 assigned. (lh) [Entry date 04/13/01]

4/20/01   117    TRANSCRIPT INFORMATION FORM as to Donald T. Roberson  re:
                 [96-1] appeal received. (Forwarded to Court Reporter
                 Coordinator) (gf) [Entry date 04/24/01]

4/24/01   118    Appeal Information Sheet as to Donald T. Roberson  re:
                 [96-1] appeal Transcript due 5/23/01 for Donald T. Roberson
                 (gf) [Entry date 04/26/01]

5/14/01   119    TRANSCRIPT filed as to Donald T. Roberson  of motion to
                 withdraw hearing held 3/30/01  before Judge Willaim J.
                 Zloch  Pages: 1 - 13  re: [96-1] appeal . Appeal record due
                 on 5/29/01 for Donald T. Roberson (lh) [Entry date 05/15/01]

5/14/01   120    TRANSCRIPT filed as to Donald T. Roberson  of sentencing
                 held 1/11/01  before Judge William J. Zloch  Pages: 1 - 13
                 re: [96-1] appeal . Appeal record due on 5/29/01 for Donald
                 T. Roberson (lh) [Entry date 05/15/01]

5/18/01   121    Certificate of readiness transmitted to USCA as to Donald
                 T. Roberson  re: [96-1] appeal  by Donald T. Roberson  USCA
                 # 01-10440-D (dl) [Entry date 05/18/01]

5/29/01   --     ACKNOWLEDGMENT of  receipt by U.S.C.A. of: COR on 05/21/01
                 U.S.C.A. # 01-10440-D (dl) [Entry date 05/30/01]

5/31/01   122    Certificate of Readiness and Transmittal of Record on
                 Appeal transmitted to USCA as to Frantz Lavache re: [101-1]
                 appeal by Frantz Lavache USCA # 01-11281-DD (gf)
                 [Entry date 05/31/01]          End Vol. 1